# EXHIBIT A

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

03/12/2015 4:41:59 PM

KEITH E. HOTTLE
Clerk

| | | |
|---|---|---|
| GRACE RIVER RANCH, LLC | § | IN THE DISTRICT COURT OF |
| | § | |
| V. | § | |
| | § | |
| EL CABALLERO RANCH, INC. A/K/A | § | LA SALLE COUNTY, TEXAS |
| EL CABALLERO, LLC AND | § | |
| LAREDO MARINE, L.L.C. | § | |
| | § | |
| V. | § | |
| | § | |
| ROBERT W. BRITTINGHAM | § | 218TH JUDICIAL DISTRICT |

## PARTIAL SUMMARY JUDGMENT

On September 18, 2014, came on for hearing the Second Traditional and No-Evidence Motion for Summary Judgment of Grace River Ranch, LLC (the "Motion").

The Court having considered the pleadings and papers on file, the timely-filed summary judgment evidence, the argument of counsel, and the Court's previous ruling in its Second Amended Order Granting Traditional and No-Evidence Motion for Summary Judgment of Grace River Ranch, LLC entered on December 3, 2014 finds and concludes that the Partial Summary Judgment should be granted as follows:

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that for the purposes of this Order, the following terms shall have the following meanings:

1. **GRACE RIVER:** means GRACE RIVER RANCH, LLC, its agents, employees, contractors, licensees, invitees, and guests.

2. **EL CABALLERO:** means EL CABALLERO RANCH, INC., its agents, employees, contractors, affiliates, successors, assigns, and persons acting in concert with said persons.

3. **LAREDO MARINE:** means LAREDO MARINE, L.L.C., its agents, employees, contractors, affiliates, successors, and assigns and persons acting in concert with said persons.

1

{18705.43065-00364015.DOC}

#374227

4. **Grace River Ranch:** means all that certain 6,779.066 acre tract or parcel of land in La Salle County, Texas described in Special Warranty Deed, Veda Gwen Goodwin Treat and Kelly Maxwell Goodwin, Co-Trustees of the Roy and Bonnie Goodwin Family Ranch Trust dated December 17, 2012 to Rio Gracia, LLC dated December 31, 2012 and filed of record at Volume 664, Page 227, Official Public Records, La Salle County, Texas.

5. **El Caballero Ranch:** means all that certain 9,220.993 acre tract or parcel of land in La Salle County, Texas described in Warranty Deed, Knight Oil Tools, Inc. to El Caballero Ranch, Inc. dated March 30, 1998 and filed of record at Volume 400, Page 83, Deed Records, La Salle County, Texas.

6. **7 C's Ranch:** means all that certain 30,074.41 acre tract or parcel of land in La Salle and Webb Counties, Texas described in Correction General Warranty Deed With Assumption of Security Documents from Damon Chouest, Inc. to Laredo Marine, L.L.C. dated April 20, 2011 and filed of record at Volume 572, Page 120, Official Public Records, La Salle County, Texas.

7. **Nueces River Crossing:** means all that certain tract being a fifty foot (50') easement across the Nueces River in La Salle County, Texas described in Miscellaneous Easement from the State of Texas to Grace River Ranch dated August 1, 2013 and filed of record at Volume 776, Page 268, Official Public Records, La Salle County, Texas (the "Miscellaneous Easement").

8. **Grace River Easements:** means collectively (1) an eighty foot (80') wide easement for vehicular and pedestrian access (Northerly) described in Access Easement Agreement, Patrick H. Welder, Jr. to John T. Mundy, et ux dated September 6, 1995 and filed of record at Volume 382, Page 1, Deed Records, La Salle County, Texas; and (2) an eighty foot (80') wide easement for vehicular and pedestrian access (Easterly) described in Access Easement Agreement, Patrick H. Welder, Jr. to John T. Mundy, et ux dated September 6, 1995 and filed of record at Volume 382, Page 9, Deed Records, La Salle County, Texas.

9. **County Road Easement:** means the County Road Easement described in Right-of-Way Deed, Ruth Bradley Watkins, Individually and as Executrix of the Will and Estate of Griffin Watkins, Deceased, et al to G. A. Welhausen, County Judge, La Salle County, Texas dated February 3, 1939 and filed of record at Volume M-3, Page 390, La Salle County, Deed Records.

2

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

1. **Private Easement.** GRACE RIVER has valid and subsisting non-exclusive express easements across El Caballero Ranch, 7 C's Ranch, and the Nueces River Crossing for vehicular and pedestrian access to and egress from Grace River Ranch along that part of the Grace River Easements lying within El Caballero Ranch, 7 C's Ranch, and/or the Nueces River Crossing with the right to use and maintain the road thereon and any culverts, low water crossings, or bridges lying along the Grace River Easement in conformity with the rights and privileges and subject to the requirements set out in the Grace River Easements and the Miscellaneous Easement.

2. **Public Road.** There is a valid and subsisting public road across El Caballero Ranch, 7 C's Ranch, and Nueces River Crossing along the route and of the width described in the County Road Easement for that part of the County Road Easement lying within El Caballero Ranch, 7 C's Ranch, and the Nueces River Crossing.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that:

1. **Private Easements.** EL CABALLERO and LAREDO MARINE are enjoined from:

   (a) Erecting or maintaining any barriers, fences, or gates of any kind that would interfere with or obstruct the free flow of vehicular or pedestrian access, on, over, or across the Grace River Easements other than gates currently located on El Caballero Ranch or 7 C's Ranch. All such gates must be maintained and/or secured such that GRACE RIVER may pass through them without assistance. LAREDO MARINE shall remove the fence along the Northerly Grace River Easement and located within 7 C's Ranch within 30 days of the date entry of this Partial Summary Judgment.

   (b) Maintaining any gate or barrier along or across the Grace River Easements without providing all necessary keys, combinations, or codes to GRACE RIVER to open such gates without assistance. Such keys, combinations, or codes are to be delivered to GRACE RIVER not later than 3 days from the entry hereof, and prior to an installation of any future rekeyed, reconfigured, or recoded lock.

   (c) Taking any action to prevent GRACE RIVER from freely opening and closing any gates in the Grace River Easements without assistance.

3

(d) Preventing or obstructing GRACE RIVER from using, having access across, or undertaking the maintenance or repair of the roadway, bridges, low water crossings, culverts, grades, trimming, etc. along the Grace River Easements and Nueces River Crossing.

2. **Public Road.** EL CABALLERO and LAREDO MARINE are permanently enjoined from:

(a) Preventing or obstructing maintenance or repair of the roads, bridges, culverts, grades, or low water crossings lying along the County Road Easement.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Partial Summary Judgment is intended to be Interlocutory in nature adjudicating only all claims of the Parties relating to the validity, continuity, and extent of the Grace River Easements and the County Road Easement. This Order does not adjudicate the following related claims:

1. All claims of GRACE RIVER for damages against EL CABALLERO and LAREDO MARINE claimed to be sustained by reason of any disruption or blocking of the Grace River Easements or the County Road Easements.

2. All claims for attorney's fees and costs.

SIGNED this ___ day of _____, 2015.

_____
JUDGE PRESIDING

This order is effective March 13, 2015

{18705.43065-00364015.DOC}

#374227

PREPARED BY:

MOORMAN TATE HALEY
UPCHURCH & YATES, LLP

By:
       STEVEN C. HALEY
       State Bar No. 08741900
       207 East Main
       P.O. Box 1808
       Brenham, Texas 77834-1808
       Telephone: (979) 836-5664
       Telecopier: (979) 830-0913
       shaley@moormantate.com

Attorney for GRACE RIVER RANCH, LLC

{18705.43065-00364015.DOC}

#374227